IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| PERSONNA WALKER, | * |
| Plaintiff, | * |
| v. | Case No.   7:21-CV-80(HL) |
| | * |
| WESLEY PEACH, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated December 10, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 10th day of December, 2021.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk